# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00683LEK-RLP |
| CASE NAME: | Jose Jacobo Escobar, Petitioner vs. Loretta E. Lynch United States Attorney General, Respondent, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/29/2017 | TIME: | |

COURT ACTION: EO: COURT ORDER DENYING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

    On December 30, 2016, Petitioner Jose Jacobo Escobar ("Petitioner") filed a "Petition for a Writ of Habeas Corpus Pursuant to 8 U.S.C. § 2241" ("Petition"). [Dkt. no. 1.] Respondents Loretta E. Lynch, United States Attorney General, Michael Samaniego, District Director, DHS-ICE, and William Lothrop, Warden, Honolulu Federal Detention Center (collectively "the Government") filed a memorandum in opposition on January 27, 2017, and Petitioner filed a reply on January 31, 2017. [Dkt. nos. 11, 12.] On February 8, 2017, the magistrate judge filed his Findings and Recommendation to Deny Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("2/8/17 F&R"). [Dkt. no. 14.] On February 13, 2017, Petitioner filed his Objections to the 2/8/17 F&R with this Court ("Petitioner's Objections"). [Dkt. no. 15.] Finally, on March 17, 2017, at the request of Petitioner, the Court held a status conference in the instant matter. After careful consideration of the 2/8/17 F&R, Petitioner's Objections, and the relevant legal authority, the Court HEREBY DENIES Petitioner's Objections and ADOPTS the 2/8/17 F&R. The Petition is therefore DENIED.

    A written order will follow that will supersede this ruling. Any party planning to file a motion for reconsideration must wait until the written order is filed to do so.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager